# Court of Appeals
# of the State of Georgia

ATLANTA,  June 16, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2172. OLGA FIGUEROA-BOYER v. MIDLAND FUNDING, LLC.

Midland Funding LLC filed suit against Olga Figueroa-Boyer, and the trial court entered default judgment in favor of Midland Funding. Figueroa-Boyer filed a motion to set aside under OCGA § 9-11-60(d), which the trial court denied. Figueroa-Boyer then filed this direct appeal.

An appeal from the denial of a motion to set aside under OCGA § 9-11-60(d) must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(8), (b); *Lemcon USA Corp. v. Icon Technology Consulting*, 301 Ga. 888, 892 (804 SE2d 347) (2017). Compliance with the discretionary appeals procedure is jurisdictional. *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Figueroa-Boyer failed to follow the required appellate procedure, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  06/16/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*